No. 87–7162.   BILAL v. LITTLE ROCK SCHOOL DISTRICT ET AL.
C. A. 8th Cir.   Certiorari denied.

No. 87–7163.   EMBREY v. UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 87–7164.   BUCHAN v. DUGGER, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari
denied.

No. 87–7166.   WHITE v. WARDEN, JAMES RIVER CORREC-
TIONAL CENTER, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–7167.   VANMATRE v. ILLINOIS.   App. Ct. Ill., 5th Dist.
Certiorari denied.

No. 87–7169.   PATTERSON v. KNIGHT.   Sup. Ct. Ala.   Certio-
rari denied.

No. 87–7171.   BOOKER v. TOWNSHIP OF GENEVA.   Cir. Ct.
Mich., County of Van Buren.   Certiorari denied.

No. 87–7172.   GLAUDE v. REGIONAL POSTMASTER GENERAL
ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–7173.   JOHNSON v. KAISER, WARDEN, ET AL.   Ct. Crim.
App. Okla.   Certiorari denied.

No. 87–7175.   ECKHARDT v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 87–7177.   KING v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 87–7178.   BROWN v. MARYLAND ET AL.   C. A. 4th Cir.
Certiorari denied.

No. 87–7179.   BROWN v. SOUTHERN MARYLAND HOSPITAL
CENTER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–7180.   MULAZIM v. BURNETT ET AL.   C. A. 6th Cir.
Certiorari denied.